# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN SUNSERI,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METRO POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.: 2:20-cv-01272-APG-NJK<br><br>**Order** |

The proof of service deadline in this case expired many months ago without a notice of proof of service being filed with the Court, as required by Docket No. 8.  The Court **ORDERS** Plaintiff to file a status report about any continued attempts of service of process in this case no later than **January 12, 2022**.

IT IS SO ORDERED.

Dated: January 5, 2022

_____
Nancy J. Koppe
United States Magistrate Judge